**No. 11-7499. Michael W. Palmer, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 985.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7503. Greg Lynn Beauchamp, Petitioner v. Texas.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 954.

January 23, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-7504. Frederick Lee Durbin, Petitioner v. Greg Province, Warden.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 1027.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 448 Fed. Appx. 785.

**No. 11-7506. John Joseph Famalaro, Petitioner v. California.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 1007.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 52 Cal. 4th 1, 127 Cal. Rptr. 3d 40, 253 P.3d 1185.

**No. 11-7509. Robert Duane Franklin, Petitioner v. M. Knowles, Warden, et al.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 931.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 777.

**No. 11-7513. Aubrey Stanley, Petitioner v. Douglas Mason, et al.**

565 U.S. 1180, 132 S. Ct. 1148, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 1039.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7514. Henry T. Sanders, Petitioner v. Midland Funding LLC.**

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1022, 2012 U.S. LEXIS 1005.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 865.